UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STANLEY W. LEE**

    **Plaintiff,**

                                     Case Number _____

v.

**GULF COAST COLLECTION BUREAU, Inc.**

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, by and through his undersigned counsel, sues Defendant, and further alleges as follows:

1. Plaintiff is a resident of Sarasota County, Florida and domiciled therein.

2. Upon information and belief, Defendant is believed to be a Florida corporation doing business throughout the State of Florida, including Pinellas County, as a debt collector. All material events occurred in Pinellas County, Florida.

3. The underlying civil action contains an amount above $15,000.00.

4. This court has jurisdiction.

5. This civil action is premised upon violations of Chapter 559 of the Florida Statutes and also the Telephone Consumer Protection Act. Plaintiff demands a trial by jury on all counts so triable.

## GENERAL ALLEGATIONS

6. Plaintiff re-alleges and incorporates paragraphs one through five as if stated fully herein.

7. Plaintiff was alleged by Defendant to have a consumer debt. Defendant did not have a prior business relationship with Plaintiff. Plaintiff did not give Defendant permission or express consent to contact Plaintiff's cell phone with an automated dialer.

8. Plaintiff disputed the allegation of indebtedness made by Defendant and Plaintiff advised Defendant to no longer contact Plaintiff, but instead to contact Plaintiff's legal representative regarding the claims of indebtedness on, but not limited to 6/27/2013. (See Attachment A).

9. Subsequently, Defendant refused Plaintiff's lawful directive as set forth by Plaintiff and continued to contact Plaintiff without regard to Plaintiff's specific instructions, on but not limited to July 18, 2013 and also August 2, 2013 as well as a considerable amount of phone calls between during that same period of time (See Attachment B). In addition, Defendant continued to contact Plaintiff by Plaintiff's cell phone without authorization or express consent, before and after Plaintiff issued his above referenced cease and desist letter.

10. Plaintiff had a lawful right to instruct Defendant to have further direct contact with Plaintiff regarding that debt alleged by Defendant, per Chapter 559 of the Florida Statutes.

11. Fla. Statute Section 559.72, which prohibits debt collectors (such as Defendant in this case) from harassing alleged debtors and which, prevents a debt collector from communicating directly with an alleged debtor if the debt collector knows that the alleged debtor is represented by an attorney.

12. Defendant knew that Plaintiff was represented by an attorney on or within 3 days of June 27, 2013. Notwithstanding the fact that Defendant knew Plaintiff was represented by an attorney, Defendant to contact Plaintiff, in violation of Chapter 559. In addition, Defendant violated the Telephone Consumers Protection Act by calling Plaintiff's cell phone without express consent on as many as 20 to 30 times, upon information and belief during the 12 months preceding the inception of this lawsuit.

13. Defendant's conduct, including but not limited to Defendant's willful, intentional and malicious refusal to cease harassing Plaintiff and to, further refuse to communicate with Defendant's legal representative constitutes a violation of law, including but not limited to Fla. Statutes, Section 559.72(18). In addition, Defendant's conduct violates 47 U.S.C. Section 227.

WHEREFORE, Plaintiff seeks judgment against Defendant for all damages provided for under the law as well as reasonable attorney fees and costs.

I hereby swear and affirm under penalty of perjury that the facts stated above are true and accurate.

*[signature]*
Stanley W. Lee

/s/ **W. John Gadd**
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel – (727)524-6300
Email – wjg@mazgadd.com

# Attachment A

Gulf Coast Collection Bureau, Inc
5680 Marquesas Circle
Sarasota, FL 34233

② cc: Sarasota Memorial Hospital
1700 South Tamiami Trail
Sarasota, FL 34239

③ cc: SMH Radiology Associates
Dept 102
P.O. Box 4930    Houston, TX 77210-4930

④ cc: SMH Physician Services, Inc
1991 Main St Suite 145
Sarasota, FL 34236-5934

4/27/13

⑤ cc: Florida Digestive Health Specialists
P.O. Box 919344
Orlando, FL 32891

⑥ cc: Sarasota Emergency Associates
P.O. Box 116839
Atlanta, GA 30368-6839

To Whom it May Concern,

I dispute this debt. Please do not contact me again regarding this or any other debt your company may have or may obtain in my name. Instead, contact my legal representative, W. John Gadd, 2727 Ulmerton Rd Ste 250, Clearwater, FL. 33762

Thank you.
Stanley W. Lee

Stanley W. Lee
3019 Lockwood Lake Cir
Sarasota, FL
34234

Additional Address
P.O. Box 50941
Sarasota, FL
34232

# Attachment B



5630 Marquesas Circle
Sarasota FL 34233-3331

ADDRESS SERVICE REQUESTED

July 18, 2013

DM5716-001    94556670

Stanley W Lee
PO Box 50961
Sarasota FL 34232-0308

GULF COAST COLLECTION BUREAU INC
PO Box 21239
Sarasota FL 34276-4239

Master Account #: DM5716
Total Balance: $2612.44

>>>>> PLEASE CALL (941) 684-1710 or (877) 827-4820 <<<<<

| Creditor | Account # | Regarding | Amt Owed | Serv Date |
|---|---|---|---|---|
| Sarasota Memorial H sp | 47014779 | Stanley W Lee | 46.40 | 05/03/12 |
| Sarasota Memorial Hosp | 4141443 | Stanley W Lee | 81.98 | 04/02/12 |
| Sarasota Memorial H sp | 4710111 | Stanley W Lee | 1156.00 | 05/18/12 |
| Charles J Inove MD | 521105 | Stanley W Lee | 45.45 | 03/26/13 |
| Sarasota Memorial Hosp | 5107115 | Stanley W Lee | 1156.00 | 10/22/12 |
| Sarasota Memorial Hosp | 5177454 | Stanley W Lee | 127.61 | 11/19/12 |

2612.44

This notice will serve to inform you that your delinquent account has been referred to Gulf Coast Collection Bureau Inc. Our Client requests payment.

If you wish to make a payment online please visit us at: GCCB.net

### *** IMPORTANT CONSUMER NOTICE ***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

If you wish to pay by VISA, MasterCard or Discover, fill in the information below and return the entire letter to us.
You MUST include the 3-digit security number, found on the back of your credit card. Information will appear on your credit card statement as: GCCB-SHS.

| Account Number | 3-Digit Security # | Payment Amount | Expiration Date |
|---|---|---|---|
| | | $ | / |

Card Holder Name                    Signature of Card Holder            Date



5630 Marquesas Circle
Sarasota FL 34233-3331

ADDRESS SERVICE REQUESTED

August 2, 2013

DM5716-001     105154766

Stanley W Lee
PO Box 50961
Sarasota FL 34232-0308

**GULF COAST COLLECTION BUREAU INC**
PO Box 21239
Sarasota FL 34276-4239

Master Account #: DM5716
Total Balance: $2647.02

>>>>> PLEASE CALL (941) 684-3710 or (877) 827-4829 <<<<<

| Creditor | Account # | Regarding | Amt Owed | Serv Date |
|---|---|---|---|---|
| Sarasota Mem... | ... | Stanley W Lee | 41.48 | 05/03/12 |
| Sarasota Mem... | ... | Stanley W Lee | 41.88 | 04/02/12 |
| Sarasota Mem... | ... | Stanley W Lee | 1342.? | 12/18/12 |
| ... | ... | ... | 45.48 | 03/08/13 |
| Sarasota Mem... | ... | Stanley W Lee | 1160.83 | 10/22/12 |
| Sarasota Mem... | ... | Stanley W Lee | ... | ... |
| Sarasota Em... | ... | Stanley W Lee | 34.57 | 12/07/12 |
|  |  |  | 2647.02 |  |

This notice will serve to inform you that your delinquent account has been referred to Gulf Coast Collection Bureau Inc. Our Client requests payment.

If you wish to make a payment online please visit us at GCCB.net

*** **IMPORTANT CONSUMER NOTICE** ***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

If you wish to pay by VISA, MasterCard or Discover, fill in the information below and return the entire letter to us.
You MUST include the 3-digit security number found on the back of your credit card. Information will appear on your credit card statement as: GCCB-SHS.

| Account Number | 3-Digit Security # | Payment Amount | Expiration Date |
|---|---|---|---|
|  |  | $ | / |

Card Holder Name     Signature of Card Holder     Date