# ATTACHMENT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**STANLEY W. LEE**

**Plaintiff,**

          **CIVIL ACTION**
          **FILE NO.8:13-cv-2276**

**v.**

**GULFCOAST COLLECTION BUREAU, INC**

**Defendant.**

_____/

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | Authenticity | Correspondence from Plaintiff to Defendant dated June 27, 2013 (Exhibit to Complaint) |
| 2 | | | | No Objection | Defendant's Action Codes Dated September 3, 2014 |
| 3 | | | | No Objection | Defendant's Results Codes Dated September 3, 2014 |
| 4 | | | | No Objection | Defendant's Collector's log in Master List |
| 5 | | | | No Objection | Defendant's fax to Attorney John Gadd dated August 18, 2014 |
| 6 | | | | No Objection | Defendant's "Fact Sheets" Collection Notes and Calls Logs |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 7 | | | | No objection so long as similar documents from this medical provider are authenticated or waived | Inpatient/Outpatient General Consent and Financial Agreement, dated 9/01/2011 |
| 8 | | | | No objection so long as similar documents from this medical provider are authenticated or waived | Inpatient/Outpatient General Consent and Financial Agreement, dated 5/16/2012 |
| 9 | | | | No objection so long as similar documents from this medical provider are authenticated or waived | Inpatient/Outpatient General Consent and Financial Agreement, dated 7/22/2011 |
| 10 | | | | No objection so long as similar documents from this medical provider are authenticated or waived | Registration form dated 7/22/2011 |
| 11 | | | | No objection so long as similar documents from this medical provider are authenticated or waived | Registration form dated 1/10/2012 |
| | | | | | |
| | | | | | |
| | | | | | |