# **ATTACHMENT 2**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY W. LEE,

        Plaintiff,

Case No.: 8:13-cv-2276-SCB-MAP

v.

GULF COAST COLLECTION
BUREAU, INC.,

        Defendant.
_____/

| DEFENDANT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1. | | | | Collection Notes – Account 44176307 |
| 2. | | | | Collection Notes – Account 44849834 |
| 3. | | | | Collection Notes – Account 43659696 |
| 4. | | | | Collection Notes – Account 48012511.1 |
| 5. | | | | Collection Notes – Account 47914779 |
| 6. | | | | Collection Notes – Account 47414638 |
| 7. | | | | Collection Notes – Account 48012511 |
| 8. | | | | Collection Notes – Account 3143780 |
| 9. | | | | Collection Notes – Account 54003-AC (Provider: Blazer) |
| 10. | | | | Collection Notes – Account 54003-AC (Provider: Guo) |

| DEFENDANT'S EXHIBIT LIST ||||| 
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
|---|---|---|---|---|
| 11. | | | | Collection Notes – Account 49535364 |
| 12. | | | | Collection Notes – Account 49578047 |
| 13. | | | | Collection Notes – Account 49964126 |
| 14. | | | | Collection Notes – Account 5882 |
| 15. | | | | Collection Notes – Account 25541 |
| 16. | | | | Collection Notes – Account 3470700 |
| 17. | | | | Collection Notes – Account 3245600 |
| 18. | | | | Collection Notes – Account 521154 |
| 19. | | | | Collection Notes – Account 50313618 |
| 20. | | | | Collection Notes – Account 50777954 |
| 21. | | | | Collection Notes – Account 3334910 |
| 22. | | | | Correspondence from Defendant to Plaintiff, dated 7-18-2013 (Exhibit A to Complaint) |
| 23. | | | | Correspondence from Defendant to Plaintiff, dated 8-02-2013 (Exhibit A to Complaint) |
| 24. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 9/01/2011 |

| DEFENDANT'S EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 25. | | | | Emergency Care Sign-In Form, dated 9/01/2011 |
| 26. | | | | Discharge Papers, dated 9/01/2011 |
| 27. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 10/20/2011 |
| 28. | | | | Emergency Care Sign-In Form, dated 10/20/2011 |
| 29. | | | | Discharge Papers, dated 10/20/2011 |
| 30. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 7/23/2011 |
| 31. | | | | Emergency Care Sign-In Form, dated 7/23/2011 |
| 32. | | | | Discharge Papers, dated 7/23/2011 |
| 33. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 10/21/2012 |
| 34. | | | | Emergency Care Sign-In Form, dated 10/21/2012 |
| 35. | | | | Discharge Papers, dated 10/25/2012 |
| 36. | | | | Emergency Care Sign-In Form, dated 5/03/2012 |

| DEFENDANT'S EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 37. | | | | Discharge Papers, dated 5/03/2012 |
| 38. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 4/02/2012 |
| 39. | | | | Emergency Care Sign-In Form, dated 4/02/2012 |
| 40. | | | | Discharge Papers, dated 4/02/2012 |
| 41. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 5/16/2012 |
| 42. | | | | Discharge Papers, dated 5/22/2012 |
| 43. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 11/19/2012 |
| 44. | | | | Emergency Care Sign-In Form, dated 11/19/2012 |
| 45. | | | | Discharge Papers, dated 11/20/2012 |
| 46. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 8/29/2012 |
| 47. | | | | Emergency Care Sign-In Form, dated 8/29/2012 |
| 48. | | | | Discharge Papers, dated 8/29/2012 |

| DEFENDANT'S EXHIBIT LIST ||||| 
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 49. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 12/07/2012 |
| 50. | | | | Emergency Care Sign-In Form, dated 12/06/2012 |
| 51. | | | | Discharge papers, dated 12/11/2012 |
| 52. | | | | Emergency Care Sign-In Form, dated 8/31/2012 |
| 53. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 8/31/2012 |
| 54. | | | | Discharge papers, dated 8/31/2012 |
| 55. | | | | Surgical booking/PAT Orders, dated 10/12/2012 |
| 56. | | | | Emergency Care Sign-In Form, dated 2/10/2013 |
| 57. | | | | Discharge papers, dated 2/12/2013 |
| 58. | | | | Inpatient/Outpatient General Consent and Financial Agreement, dated 2/10/2013 |
| 59. | | | | General Consent and Financial Agreement Information Sheet for Patients |

| DEFENDANT'S EXHIBIT LIST |||||
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 60. | | | | Sarasota Memorial Health Care System Notice of Privacy Practices |
| 61. | | | | Charles J. Loewe, MD Patient Chart No. 5882 |
| 62. | | | | Sarasota Digestive Health Specialists Consent Form, dated 12/06/2012 |
| 63. | | | | Sarasota Digestive Health Specialists Patient Financial Responsibility Form, dated 12/06/2012 |
| 64. | | | | John C Southerland, MD Patient Chart No. 25541 |
| 65. | | | | Sarasota Center for Digestive Diseases Patient History Detail – Chart No. 5882 |
| 66. | | | | Sarasota Center for Digestive Diseases Patient History Detail – Chart No. 25541 |
| 67. | | | | FDHS Patient Information Sheet, dated 7/02/2013 |
| 68. | | | | FDHS Account Information Report |