# ATTACHMENT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STANLEY W. LEE**

**Plaintiff,**

                                        **CIVIL ACTION**
                                    **FILE NO.8:13-cv-2276**

**v.**

**GULFCOAST COLLECTION BUREAU, INC**

**Defendant.**

_____/

## PLAINTIFF'S WITNESS LIST

(1)    Plaintiff, Stanley W. Lee
[Street address omitted for privacy considerations]
c/o W. John Gadd
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Tel: (727) 524-6300

(2)    Jack W. Brown, III or Corporate Representative/Records Custodian
Gulf Coast Collection Bureau, Inc.
c/o Ernest H. Kohlmyer, III, Esquire
URBAN THIER FEDERER & CHINNERY, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel:  (407) 245-8352

(3)    Corporate Representative/Records Custodian
Sarasota Memorial Health Care
1991 Main Street, Suite 146
Sarasota, FL 34236
Tel: (941) 917-6023
(4)    Employees of Defendant who placed calls to Plaintiff's phone.

(5)     Any witness identified by the Defendant

(6)     Any impeachment or rebuttal witnesses, to be called if necessary