# **ATTACHMENT 4**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY W. LEE,

                                          Case No.: 8:13-cv-2276-SCB-MAP

      Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC.,

      Defendant.
_____/

## **DEFENDANT'S TRIAL WITNESS LIST**

(1)    **Plaintiff, Stanley W. Lee**
       [Street address omitted for privacy considerations]
       c/o W. John Gadd
       Bank of America Building
       2727 Ulmerton Road, Suite 250
       Clearwater, FL 33762
       Tel: (727) 524-6300

(2)    **Jack W. Brown, III or Corporate Representative/Records Custodian**
       **Gulf Coast Collection Bureau, Inc.**
       c/o Ernest H. Kohlmyer, III, Esquire
       URBAN THIER FEDERER & CHINNERY, P.A.
       200 South Orange Avenue, Suite 2000
       Orlando, Florida 32801
       Tel: (407) 245-8352

(3)    **Corporate Representative/Records Custodian**
       Sarasota Memorial Health Care
       1991 Main Street, Suite 146
       Sarasota, FL 34236
       Tel: (941) 917-6023

(4)    **Corporate Representative/Records Custodian**
       SMH Radiology Associates
       1700 South Tamiami Trail
       Sarasota, Florida 34239
       941-917-7490

(5) **Corporate Representative/Records Custodian**
SMH Physicians Services, Inc.
Dr. Cary William Blazer, MD
1700 South Tamiami Trail
Sarasota, Florida 34239
941-917-2342

(6) **Corporate Representative/Records Custodian**
SMH Physician Services, Inc.
Dr. Jianli Guo, MD
1700 South Tamiami Trail
Sarasota, Florida 34239
941-917-4896

(7) **Corporate Representative/Records Custodian**
Dr. Charles J. Loewe, MD.
3325 South Tamiami Trail, Suite 200
Sarasota, Florida 34239
941-952-9223

(8) **Corporate Representative/Records Custodian**
Dr. John C. Southerland, MD
Florida Digestive Health Specialist, LLP
1801 Arlington Street, Suite 101
Sarasota, FL 34239
941-894-3490

(9) Any witness necessary to provide testimony as to the authentication of medical records and consent forms signed by the Plaintiff

(10) Any witness identified by the Plaintiff

(11) Any impeachment or rebuttal witnesses, to be called if necessary