# ATTACHMENT 6-A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY W. LEE

Plaintiff,

CIVIL ACTION
FILE NO.8:13-cv-2276-T-24 TBM

v.

GULFCOAST COLLECTION BUREAU, INC

Defendant.

_____/

We, the jury, return the following verdict:

VERDICT

Telephone Consumer Protection Act (TCPA)

1.     Did Stanley Lee give his express consent to Gulfcoast Collection Bureau, Inc calling his cellular telephone number for debt collection purposes?

Yes:_____   No:_____

If your answer to Question 1 is "Yes, " then proceed to Question 3   If your answer to Question 1 is "No" then proceed to 2.


2.     If you find that Gulfcoast Collection Bureau, Inc. did not have Stanley Lee's express consent to call his cell phone then how many calls were placed to his cell phone?

Number: _____

If your answer to Question 2 is a number greater than "one" then go to question number 5.


3     Did Stanley Lee revoke his express consent to Gulfcoast Collection Bureau, Inc. calling his cellular telephone number for debt collection purposes ?

Yes:_____   No:_____

If your answer to Question 3 is "Yes, " then proceed to Question 4.

4.   If you find that Stanley Lee revoked his express consent to Gulfcoast Collection Bureau, Inc. calling his cellular telephone number for debt collection purposes then how many calls were placed to his cellular telephone number after he verbally revoked consent?

Number: _____

If your answer to Question 4 is a number greater than "one" then go to question number 5.

5.   Did Gulfcoast Collection Bureau, Inc. place the calls to Stanley Lee in your answer to Questions 2 or 4 willfully or knowingly?

Yes:_____          No: _____

Jf your answer to Question 5 is "no," do not answer Question 6 and instead go to Question. If your answer to Question 5 is any number greater than zero, then answer Question 6.

6.   What sum of money do you award Stanley Lee against Gulfcoast Collection Bureau, Inc. because its calls to him were made willfully or knowingly?  You may award between $0.00 and $1,000.00 per call. Answer in dollars and cents.

Answer:   $_____           per telephone call.

**The foreperson must sign and date the verdict and return it to the Courtroom.**

     **SO SAY WE ALL THIS _____ DAY OF MARCH, 2015.**

                                                      _____
                                                      **JURY FOREPERSON**