# ATTACHMENT 6B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY W. LEE,

    Plaintiff,

v.

                                            **Case No.: 8:13-cv-2276-T-SMB-MAP**

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.

_____/

## VERDICT

**We, the jury, return the following verdict:**

**I. TCPA**

1. **Did GULF COAST COLLECTION BUREAU, INC. prove by the greater weight of the evidence that it had prior express consent to communicate with the Plaintiff?**

            YES _____      NO _____

*If your answer to question 1 is YES, proceed to question 2. If your answer to question 1 is NO, please proceed to Section Jury Findings, Section A. TCPA and mark "LIABLE". Then skip question 2.*

2. **Did STANLEY LEE prove by the greater weight of the evidence that he adequately communicated a revocation of consent to communicate with him via his cellular telephone number?**

            YES _____      NO _____

*If your answer to question 2 is YES, proceed to Jury Findings, Section A. TCPA and mark "LIABLE", then proceed to question 3. If your answer to*

*question 2 is NO, please proceed to Jury Findings, Section A. TCPA and mark "NOT LIABLE".*

## II. JURY FINDINGS

**Section I – TCPA:** _____ **LIABLE** _____ **NOT LIABLE**

If you answered **NOT LIABLE**, your verdict is for Defendant. **Do not answer any more questions. The foreperson must sign and date the verdict and return it to the Courtroom.** If you answered **LIABLE**, proceed to the each section below in which you found in favor of Plaintiff.

## III. DAMAGES

**If you found GULF COAST COLLECTION BUREAU, INC. liable under Section I, (TCPA) your damages are $500.00 for each telephone made WITHOUT express consent. What amount of damages do you award STANLEY LEE under the TCPA?**

Number of Calls without express consent:  #\_\_\_\_\_ x $500.00   $_____

**If you found GULF COAST COLLECTION BUREAU, INC. liable under Section I, (TCPA), did STANLEY LEE prove by the preponderance of the evidence that GULF COAST COLLECTION BUREAU willfully and knowingly violated the TCPA?**

**YES** _____  **NO** _____

**The foreperson must sign and date the verdict and return it to the Courtroom.**

**SO SAY WE ALL THIS _____ DAY OF MARCH, 2015.**

_____
**JURY FOREPERSON**